UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

GARY E. HAHN,

Plaintiff,

-vs-

LM INSURANCE CORPORATION,

Defendant.

25-CV-0148-MAV-JJM

ORDER

---

The Honorable Jeremiah J. McCarthy, United States Magistrate Judge, issued a Report and Recommendation [ECF No. 49] on August 5, 2026, recommending that Defendant's motion for discovery sanctions [ECF No. 27] be denied without prejudice. Neither party has filed written objections to the Report and Recommendation, and the August 19, 2026 deadline has passed. Therefore, it is hereby

ORDERED, that the Report and Recommendation [ECF No. 49] recommending that Defendant's motion for discovery sanctions be denied without prejudice is affirmed and adopted in all respects.

SO ORDERED.

Dated: September 4, 2026
Rochester, New York

HON. MEREDITH A. VACCA
United States District Judge